**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

AMBER VREELAND,

    Plaintiff,

v.                                                  Case No:  5:15-cv-414-Oc-30PRL

ABC COUNTRY CLUB
MANAGEMENT, INC., and
RAMONA STUBBS,

    Defendants.
_____/

# **ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Response to the Court's Order to Show Cause Dated October 30, 2015 and Motion for Default.  (Doc. 9).  On October 30, 2015, the Court entered an order to show cause because Plaintiff had not sought entry of clerk's default against Defendant ABC Country Club Management, Inc., which had failed to appear or otherwise answer Plaintiff's complaint.  Under Middle District of Florida Local Rule 1.07(b), "[w]hen service of process has been effected but no appearance or response is made within the time and manner provided by Rule 12, Fed.R.Civ.P., the party effecting service shall promptly apply to the Clerk for entry of default pursuant to Rule 55(a), Fed.R.Civ.P., and shall then proceed without delay to apply for a judgment pursuant to Rule 55(b), Fed.R.Civ.P., failing which the case shall be subject to dismissal sixty (60) days after such service without notice and without prejudice."  The Court agrees

with Plaintiff that dismissal for failure to comply with Local Rule 1.07(b) is inappropriate at this time.

Plaintiff now moves for default judgment against Defendant ABC Country Club Management, Inc. (Doc. 9). Plaintiff's motion is premature. Pursuant to Federal Rule of Civil Procedure 55, a two-part process exists for obtaining a default judgment. First, the party must obtain an entry of default from the clerk of court. Fed. R. Civ. P. 55(a). Second, "the party must apply to the court for default judgment." Fed. R. Civ. P. 55(b). Plaintiff has not sought entry of clerk's default against Defendant ABC Country Club Management, Inc., and has not satisfied the first requirement of Rule 55. Plaintiff's motion should be denied without prejudice. Plaintiff may renew her motion after seeking entry of clerk's default.

Accordingly, it is therefore **ORDERED AND ADJUDGED** that:

1. Plaintiff's Response to the Court's Order to Show Cause Dated October 30, 2015 and Motion for Default (Doc. 9) is DENIED without prejudice.

**DONE** and **ORDERED** in Tampa, Florida, this 6th day of November, 2015.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record